MASHAL SHERZAD,                          )
                                         )
           Plaintiff,                    )        **APPELLANT'S RESPONSE TO**
                                         )        **ORDER TO SHOW CAUSE AND**
     vs.                                 ) **FINAL MOTION FOR EXTENSION**
                                         )
MELINDA PETTIGREW, ET AL,                )
                                         )
           DefendantS.                   )

Appellant Mashal Sherzad, through undersigned counsel, hereby responds to the Court's Order to Show Cause filed on March 26, 2026. Undesigned counsel sincerely apologizes for the delays in completing Appellant's Brief and in responding to the Order to Show Cause. Undersigned counsel has fully intended to complete the Brief but has not been able to allot the substantial time needed for the project to due numerous other deadlines and workload demands. Undersigned counsel respectfully requests one final extension until 9 am on April 13, 2026. Undersigned counsel is putting all other work aside to complete the Brief and will do so by this upcoming weekend. A great deal of work has been put into this case which raises important First Amendment issues. Undersigned counsel has completed the legal research, and already set forth the facts in prior briefing but just needs to provide proper appellate citations to the record for the extensive facts. Undersigned counsel submits that Ms. Sherzad and the community should not be deprived of the opportunity for the important issues in this case to be addressed

on account of undersigned counsel's delays.

Dated:  April 10, 2026

LAW OFFICE OF JORDAN S. KUSHNER

By  s/Jordan S. Kushner
Jordan S. Kushner, ID 219307
Attorney for Defendant
431 South 7th Street, Suite 2446
Minneapolis, Minnesota  55415
(612) 288-0545


**Certificate of Compliance**

Undersigned counsel hereby certifies, pursuant to Fed.R.App.P.  32(7)(g) that the foregoing motion complies with the type-volume limitation set forth by Rule 27(d)(2).  According to the word count of the wordprocessing system used to prepare this Motion, this Motion contains 185 words.

Date: April 10, 2026

*s/  Jordan S. Kushner*
Jordan S. Kushner


**Certificate of Service**

I hereby certify that on April 10, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/   Jordan S. Kushner